FILED

MAR 22 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 16-30030-MJR |
| | ) | |
| JEREMY T. BLAIR, | ) | Title 18, United States Code, |
| | ) | Sections 2252A(a)(5)(B), 2252A(b)(2), |
| Defendant. | ) | and 2253. |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### ACCESS WITH INTENT TO VIEW PREPUBESCENT CHILD PORNOGRAPHY

On or about June 16, 2015, in Madison County, within the Southern District of Illinois,

**JEREMY T. BLAIR,**

defendant herein, did knowingly access with intent to view material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor or a minor who had not attained 12 years of age, that had been shipped or transported using any facility of interstate commerce, namely, the Internet; and that was produced using materials that had been transported in interstate and foreign commerce, namely, the video files were downloaded onto a hard disk drive that was manufactured outside of the State of Illinois; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

### FORFEITURE ALLEGATION

Upon conviction for the offense charged in this Indictment, defendant **JEREMY T. BLAIR** shall forfeit to the United States, pursuant to Title 18, U.S.C., Section 2253, any and

all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses. The property that is subject to forfeiture referred to in the paragraph above includes, but is not limited to, the following:

1. **A Compaq desktop computer, Model Number CQ5205Y, bearing serial number CNX94807FR.**

**A TRUE BILL**



F

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_James L. Porter_
JAMES L. PORTER
Acting United States Attorney

Recommended Bond: Detention